UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 2:12-cr-00112-2 |
| | : | |
| NATALYA SHVETS, | : | |
| Defendant | : | |

**ORDER**

**AND NOW,** this 19th day of October, 2026 for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Shvets' Motion for Accounting and Satisfaction of Judgment, ECF No. 473, is **DISMISSED AND DENIED**. This Court finds that the Clerk's accounting system is fair and appropriate and that Shvets's restitution obligation is not yet satisfied.

2. Shvets is directed to **IMMEDIATELY** resume monthly restitution payments of $100 and **SHALL CONTINUE** to make monthly payments until she is advised that her restitution obligation has been satisfied. Shvets's failure to comply may result in her being held in contempt of court. *See* 18 U.S.C. § 3613A(a)(1).

3. The case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge